RUDOLPH J. REIMAN, Appellant, v. WALTER VON FELDAU, Respondent.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

■

NICHOLAS J. BASIL, Respondent, v. NATIONAL HERALD, INC., Appellant.— Under all the facts and circumstances disclosed, the order appealed from striking out defendant's answer is unanimously reversed and the motion to strike denied without costs on condition, however, that defendant, through its president, B. J. Marketos, appear for examination pursuant to the order to be settled herein. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

■

JAMES TALCOTT, INC., Respondent, v. ARNOLD SCHILDHAUS, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ. [See *post*, p. 1033.]

■

BELLA LEVITEN, Respondent, v. 540 EAST 138TH STREET CORP. et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

■

LORRAINE COX, Judgment-Creditor-Respondent, v. RALPH COX, JR., Judgment Debtor. UNITED STATES OVERSEAS AIRLINES, INC., Third-Party Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

■

MAY G. JOHNSON, Appellant, v. SWEDISH AMERICAN LINE, Defendant. ESTATE OF GUNTHER JACOBSON, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

■

SMITH DAVIS CORPORATION, Appellant, v. ALFRED G. CAPLIN, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

■

In the Matter of CRISTINA DE B. PATINO, Respondent, against ANTENOR PATINO, Appellant. CRISTINA DE B. PATINO, Respondent, v. ANTENOR PATINO, Appellant.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with $10 costs and stay vacated. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ. [See *ante*, p. 630.]